Certificate Number: 20102-PAW-DE-041010385

Bankruptcy Case Number: 26-20875



20102-PAW-DE-041010385

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 23, 2026</u>, at <u>1:39</u> o'clock <u>PM EDT</u>, <u>Jeremy Wheeler</u> completed a course on personal financial management given <u>by internet</u> by <u>1stopbk.com Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>May 23, 2026</u>          By:     <u>/s/Marcy Walter</u>

Name:  <u>Marcy Walter</u>

Title:  <u>President-Manager</u>